STATE OF NEW YORK   UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184   AND FILED ON   9/19/2007

NIKOLA LUKAJ, ET AL                                  Plaintiff(s)/Petitioner(s)
                            Vs.
PHILIP AMICONE, ET AL                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __9/24/2007__ at __2:44PM__, deponent did serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     PHILIP AMICONE, MAYOR                    (herein called recipient)
At Location:      CITY OF YONKERS                          therein named.
                  CITY HALL, 40 SOUTH BROADWAY
                  YONKERS NY 10701

By delivering to and leaving with __NICOLE GRECO, CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __9/25/07__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| --- | --- | --- | --- | --- | --- |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the __9/25/2007__

_(signature)_                                   _(signature)_
GAIL WILLIAMS                                   John Axelrod
Notary Public, State of New York
                                                Server's License#:
                                                2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184  AND FILED ON  9/19/2007

NIKOLA LUKAJ, ET AL                                                Plaintiff(s)/Petitioner(s)
                              Vs.
PHILIP AMICONE, ET AL                                              Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:30PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISIONER                 (herein called recipient)
At Location: 100 SOUTH BROADWAY                                    therein named.
             YONKERS NY 10701

By delivering to and leaving with AMY PORCELLI, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 35/45 | Height | 5'4" | Weight | 125 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

GAIL WILLIAMS
Notary Public, State of New York
No. ...
Qualified in ... County
Commission ... 2010

Joseph Vallone
Server's License#: 1100190

STATE OF NEW YORK    UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184    AND FILED ON    9/19/2007

NIKOLA LUKAJ, ET AL                                      Plaintiff(s)/Petitioner(s)

                              Vs.

PHILIP AMICONE, ET AL                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER          (herein called recipient)
At Location: 40 SOUTH BROADWAY                                       therein named.

            YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: BLACK
Age: 24/34    Height: 5'6"    Weight: 130
Other Features:

Sworn to before me on the 9/25/2007

_____                          _____
                                                 John Axelrod

                                                 Server's License#:

                    2010

STATE OF NEW YORK  UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184  AND FILED ON  9/19/2007

NIKOLA LUKAJ, ET AL                                                     Plaintiff(s)/Petitioner(s)

                              Vs.

PHILIP AMICONE, ET AL                                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __9/24/2007__ at __2:44PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN FLEMING                                              (herein called recipient)
At Location: CITY OF YONKERS                                              therein named.
             CITY HALL, 40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with __NICOLE GRECO, CLERK__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __9/25/07__, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the __9/25/2007__

_[signature]_                                                           _[signature]_
                                                                        John Axelrod

                                                                        Server's License#:

20/0

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184   AND FILED ON   9/19/2007

NIKOLA LUKAJ, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)  
Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: DAVID SIMPSON  
At Location: CITY OF YONKERS  
CITY HALL, 40 SOUTH BROADWAY  
YONKERS NY 10701

(herein called recipient) therein named.

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_signature_  
John Axelrod

Server's License#:

20/0

STATE OF NEW YORK          UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184          AND FILED ON          9/19/2007

NIKOLA LUKAJ, ET AL                                                              Plaintiff(s)/Petitioner(s)

                                    Vs.

PHILIP AMICONE, ET AL                                                            Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                                               )
                                                                                  SS
COUNTY OF WESTCHESTER                                                            )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:   LAWRENCE A. PORCARI, JR., CORPORATION COUNSEL                    (herein called recipient)
At Location:    CITY OF YONKERS                                                   therein named.
                40 SOUTH BROADWAY
                YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_____                         John Axelrod
                                                        Server's License#:

STATE OF NEW YORK     UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8184     AND FILED ON     9/19/2007

NIKOLA LUKAJ, ET AL       Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL       Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                        SS

COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____9/24/2007_____ at _____2:44PM_____, deponent did serve the within process as follows:

Process Served:

Party Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
                 CITY OF YONKERS, NEW YORK               (herein called recipient) therein named.

At Location:      CITY HALL
                  40 SOUTH BROADWAY
                  YONKERS NY 10701

By delivering to and leaving with  NICOLE GRECO  and that deponent knew the person so served to be the  CLERK  of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM     Color of Skin: WH     Color of Hair: BLACK

Age: 24/34     Height: 5'6"

Weight: 130     Other Features:

Sworn to before me on     9/25/2007

_____                   _____
                                             John Axelrod
                                             Server's License#:

2 8/10

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184  AND FILED ON  9/19/2007

NIKOLA LUKAJ, ET AL            Plaintiff(s)/Petitioner(s)
                    Vs.
PHILIP AMICONE, ET AL          Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: PAUL WOOD  
At Location: C/O CITY OF YONKERS CORPORATION COUNSEL  
40 SOUTH BROADWAY  
YONKERS NY 10701

(herein called recipient) therein named.

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_(signature)_  
Notary Public

John Axelrod  
Server's License#:

2 of 10

STATE OF NEW YORK     UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184    AND FILED ON    9/19/2007

NIKOLA LUKAJ, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: POLICE OFFICERS JOHN DOE'S #1 TO #20    (herein called recipient) therein named.
At Location: C/O CITY OF YONKERS CORPORATION COUNSEL
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid property addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_Chip Williams_      John Axelrod

Server's License#:

20/8

STATE OF NEW YORK — UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184   AND FILED ON   9/19/2007

NIKOLA LUKAJ, ET AL                                     Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL                                   Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS.
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: SANITATION WORKERS #1 TO #20                (herein called recipient) therein named.
At Location: 40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK, a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_signature_                                    _signature_
Notary Public                                  John Axelrod
                                               Server's License#:

20/10