STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.8184        AND FILED ON        9/19/2007

NIKOLA LUKAJ, ET AL                                                                    Plaintiff(s)/Petitioner(s)

                                             Vs.

PHILIP AMICONE, ET AL                                                            Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                    )      SS

COUNTY OF WESTCHESTER                                         )

The undersigned deponent, being duly sworn deposes and says; Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On _____9/24/2007_____ at _____2:44PM_____, deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       PHILIP AMICONE, MAYOR                                          (herein called recipient)
                                                                                                        therein  named.
At Location:        CITY OF YONKERS
                    CITY HALL, 40 SOUTH BROADWAY
                    YONKERS NY  10701

By delivering to and leaving with  NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business  ☐  dwelling house(usual place of abode) within the state.

On_____ 9/25/07 __, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|-----|-----|---------------|-----|---------------|-------|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the ____9/25/2007____

_Gay Williams_

GAIL WILLIAMS
Notary Public, State of New York

                                                        _John Axelrod_
                                                        John Axelrod

                                                        Server's License#:

2010

STATE OF  NEW YORK          UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.8184     AND FILED ON     9/19/2007

---

NIKOLA LUKAJ, ET AL

                Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK         )

                               **SS**

COUNTY OF WESTCHESTER     )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On _____9/24/2007_____ at _____2:30PM_____ , deponent did serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:       EDMUND HARTNETT, POLICE COMMISIONER              (herein called recipient)

At Location:        100 SOUTH BROADWAY                               therein  named.

             YONKERS NY  10701

By delivering to and leaving with   AMY PORCELLI, CLERK _____ a person of suitable age and discretion. Said premises is recipient's |✓| actual place of business  | |  dwelling house(usual place of abode) within the state.

On_____ 9/25/07 _____, deponent completed service by depositing a copy of the

      SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|-----|------|---------------|------|---------------|---------|
| Age | _35/45_ | Height | _5'4"_ | Weight | _125_ |
| Other Features | | | | | |

Sworn to before me on the _____9/25/2007_____

_Gaij Williams_ (signature)

        GAIL WILLIAMS

Notary Public, State of New York

No. _____

Qualified in _____ County

Commission Expires _____ *2010*

Joseph Vallone (signature)

Server's License#: ____1100190____

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

---

NIKOLA LUKAJ, ET AL

                                    Vs.                                      Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                                        Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                                )      **SS**

COUNTY OF WESTCHESTER                                             )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On _____9/24/2007_____ at _____2:44PM_____ , deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER                (herein called recipient)
At Location:      40 SOUTH BROADWAY                                           therein  named.

                  YONKERS NY  10701

By delivering to and leaving with  NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On _____ 9/25/07_____ , deponent completed service by depositing a copy of the
    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the ____9/25/2007____

_signature_                                        _signature_
                                                   John Axelrod

                                                   Server's License#:

2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184         AND FILED ON        9/19/2007

| | | |
|---|---|---|
| NIKOLA LUKAJ, ET AL | Vs. | Plaintiff(s)/Petitioner(s) |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                    )    SS

COUNTY OF WESTCHESTER                         )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York.  On ___9/24/2007___ at ___2:44PM___, deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       JOHN FLEMING                                               (herein called recipient)
                                                                                                        therein  named.
At Location:         CITY OF YONKERS
                          CITY HALL, 40 SOUTH BROADWAY
                          YONKERS NY  10701

By delivering to and leaving with ___NICOLE GRECO, CLERK___ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ]  dwelling house(usual place of abode) within the state.

On_____ 9/25/07 ___, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _24/34_ | Height | _5'6"_ | Weight | _130_ |
| Other Features | | | | | |

Sworn to before me on the ___9/25/2007___

_____

                                                              John Axelrod

                                                              Server's License#:

20/8

STATE OF   NEW YORK
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184

UNITED STATES DISTRICT COURT

AND FILED ON        9/19/2007

NIKOLA LUKAJ, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK

COUNTY OF WESTCHESTER

)
)

SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____ 9/24/2007 _____ at _____ 2:44PM _____ , deponent did serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:
                  DAVID SIMPSON
At Location:      CITY OF YONKERS
                 CITY HALL, 40 SOUTH BROADWAY
                 YONKERS NY  10701

(herein called recipient)
therein   named.

By delivering to and leaving with   NICOLE GRECO, CLERK
Said premises is recipient's [✓]   actual place of business   [ ]   dwelling house(usual place of abode) within the state.

a person of suitable age and discretion.

On _____ 9/25/07 _____ , deponent completed service by depositing a copy of the
          SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the   9/25/2007

_____

John Axelrod

Server's License#:

2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

| | | |
|---|---|---|
| NIKOLA LUKAJ, ET AL | Vs. | Plaintiff(s)/Petitioner(s) |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )    **SS**

COUNTY OF WESTCHESTER                                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and
resides in the State of New York . On____9/24/2007____ at _____2:44PM____, deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:        LAWRENCE A. PORCARI, JR., CORPORATION COUNSEL                 (herein called recipient)
                                                                                                                                          therein  named.
At Location:          CITY OF YONKERS
                           40 SOUTH BROADWAY
                           YONKERS NY  10701

By delivering to and leaving with    NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's  [✓] actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____9/25/07____, deponent completed service by depositing a copy of the
         SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the    9/25/2007

_____                          _____
                                                                                 John Axelrod

                                                                                 Server's License#:_____

2010

STATE OF NEW YORK                UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8184        AND FILED ON        9/19/2007

| | | |
|---|---|---|
| NIKOLA LUKAJ, ET AL | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                    )
                                                      )    SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On ___9/24/2007___ at ___2:44PM___, deponent did serve the within process as follows:

Process Served:

Party Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

                 CITY OF YONKERS, NEW YORK                     (herein called recipient)
                                                                  therein  named.
At Location:
                 CITY HALL
                 40 SOUTH BROADWAY
                 YONKERS NY 10701

        By delivering to and leaving with   NICOLE GRECO                and that deponent knew the person

        so served to be the    CLERK

        of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/34 | Height | 5'6" | | |
| Weight | 130 | Other Features | | | |

Sworn to before me on ___9/25/2007___

_(signature)_                                    _(signature)_
                                                  John Axelrod

                                                  Server's License#:

2010

STATE OF   NEW YORK
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184

UNITED STATES DISTRICT COURT

AND FILED ON        9/19/2007

NIKOLA LUKAJ, ET AL

Vs.

Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL

Defendant(s)/Respondent(s)

STATE OF:   NEW YORK                    )
                                                          )   SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____9/24/2007_____at _____2:44PM_____, deponent did serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     PAUL WOOD                                                         (herein called recipient)
At Location:      C/O CITY OF YONKERS CORPORATION COUNSEL          therein   named.
                  40 SOUTH BROADWAY
                  YONKERS NY  10701

By delivering to and leaving with    *NICOLE GRECO, CLERK*
Said premises is recipient's [✓] | actual place of business | | dwelling house(usual place of abode) within the state.    a person of suitable age and discretion.

On_____9/25/07_____, deponent completed service by depositing a copy of the
     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _24/34_ | Height _5'6"_ | Weight | _130_ | |
| Other Features | | | | | |

Sworn to before me on the _____9/25/2007_____

John Axelrod

Server's License#:

2010

STATE OF  NEW YORK
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          UNITED STATES DISTRICT COURT
                                                    AND FILED ON        9/19/2007

NIKOLA LUKAJ, ET AL                                                    Plaintiff(s)/Petitioner(s)

                                    Vs.

PHILIP AMICONE, ET AL                                                  Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                          )
                                                            )   SS
COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On _____9/24/2007_____ at _____2:44PM_____, deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       POLICE OFFICERS JOHN DOE'S #1 TO #20                    (herein called recipient)
                                                                            therein   named.
At Location:        C/O CITY OF YONKERS CORPORATION COUNSEL
                    40 SOUTH BROADWAY
                    YONKERS NY  10701

By delivering to and leaving with  NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____ 9/25/07 _____, deponent completed service by depositing a copy of the
         SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
| Age | _24/34_ | Height | _5'6"_ | Weight | _130_ |
| Other Features | | | | | |

Sworn to before me on the ___9/25/2007___

_signature_                                              _signature_
                                                        John Axelrod

                                                        Server's License#:

2018

STATE OF  NEW YORK
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

UNITED STATES DISTRICT COURT

| NIKOLA LUKAJ, ET AL | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )
                                                                          )   **SS**
COUNTY OF WESTCHESTER                                   )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On_____9/24/2007_____ at _____2:44PM_____, deponent did serve the within process as follows:

Process Served:      SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:        SANITATION WORKERS #1 TO # 20                                    (herein called recipient)
                                                                                                              therein  named.
At Location:          40 SOUTH BROADWAY

                          YONKERS NY  10701

By delivering to and leaving with  NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____9/25/07_____, deponent completed service by depositing a copy of the
          SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _24/34_ | Height | _5'6"_ | Weight | _130_ |
| Other Features | | | | | |

Sworn to before me on the  9/25/2007

_(signature)_                                                          _(signature)_
                                                                          John Axelrod
Notary Public

Server's License#:

2010