STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.8184         AND FILED ON         9/19/2007

| | |
|---|---|
| NIKOLA LUKAJ, ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PHILIP AMICONE, ET AL | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )    SS

COUNTY OF WESTCHESTER                                   )

The undersigned deponent, being duly sworn deposes and says;  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On _____9/24/2007_____ at _____2:44PM_____ , deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:        PHILIP AMICONE, MAYOR                                              (herein called recipient)
                                                                                                              therein  named.
At Location:         CITY OF YONKERS
                          CITY HALL, 40 SOUTH BROADWAY
                          YONKERS NY  10701

By delivering to and leaving with    NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business  ┃ ┃ dwelling house(usual place of abode) within the state.

On_____ 9/25/07 ____ , deponent completed service by depositing a copy of the
         SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the     9/25/2007

_Gail Williams_ (signature)
GAIL WILLIAMS
Notary Public, State of New York
Qualified in ...
Commission ...                              2010

_John Axelrod_ (signature)
John Axelrod

Server's License#:

STATE OF   NEW YORK                    UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

NIKOLA LUKAJ, ET AL

                                        Vs.                          Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                               Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                          )
                                                             )   **SS**
COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____9/24/2007_____ at _____2:30PM_____, deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      EDMUND HARTNETT, POLICE COMMISIONER                    (herein called recipient)
At Location:       100 SOUTH BROADWAY                                        therein  named.

                   YONKERS NY  10701

By delivering to and leaving with   AMY PORCELLI, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's |✔|  actual place of business  | |   dwelling house(usual place of abode) within the state.

On_____9/25/07_____, deponent completed service by depositing a copy of the
       SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|-----|------|---------------|------|---------------|---------|
| Age | _35/45_ | Height | _5'4"_ | Weight | _125_ |
| Other Features | | | | | |

Sworn to before me on the _____9/25/2007_____

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. _____
Qualified in _____ County
Commission Expires _____ 2010

_Joseph Vallone_ (signature)

Joseph Vallone

Server's License#:   1100190

STATE OF  NEW YORK                UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184        AND FILED ON      9/19/2007

| | | |
|---|---|---|
| NIKOLA LUKAJ, ET AL | Vs. | Plaintiff(s)/Petitioner(s) |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                    )   **SS**

COUNTY OF WESTCHESTER                                      )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/24/2007_____at_____2:44PM_____, deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:        JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER                    (herein called recipient)
                                                                                                                          therein   named.
At Location:          40 SOUTH BROADWAY

                              YONKERS NY  10701

By delivering to and leaving with   NICOLE GRECO, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ?]  dwelling house(usual place of abode) within the state.

On_____9/25/07____, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _24/34_ | Height _5'6"_ | Weight _130_ | | |
| Other Features | | | | | |

Sworn to before me on the   9/25/2007

_Davis Williams_                                          _John Axelrod_

                                                                          Server's License#:

2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

| | | |
|---|---|---|
| NIKOLA LUKAJ, ET AL | Vs. | Plaintiff(s)/Petitioner(s) |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                    )
                                                                                         )   SS
COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On ___9/24/2007___ at ___2:44PM___, deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:         JOHN FLEMING                                                        (herein called recipient)
                                                                                                               therein  named.
At Location:           CITY OF YONKERS
                              CITY HALL, 40 SOUTH BROADWAY
                              YONKERS NY  10701

By delivering to and leaving with   NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____ 9/25/07 ___, deponent completed service by depositing a copy of the
      SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the ___9/25/2007___

_John Axelrod_

Server's License#:

20/0

STATE OF   NEW YORK

UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

NIKOLA LUKAJ, ET AL                                                                    Plaintiff(s)/Petitioner(s)

                                          Vs.

PHILIP AMICONE, ET AL                                                                 Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                        )
                                                                                     SS
COUNTY OF WESTCHESTER                                                      )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On          9/24/2007          at          2:44PM          , deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:          DAVID SIMPSON                                        (herein called recipient)
                                                                                therein   named.
At Location:          CITY OF YONKERS
                          CITY HALL, 40 SOUTH BROADWAY
                          YONKERS NY  10701

By delivering to and leaving with     NICOLE GRECO, CLERK
Said premises is recipient's  [✓]   _____ a person of suitable age and discretion.
                                            actual place of business   [ ]   dwelling house(usual place of abode) within the state.

On _____          9/25/07          , deponent completed service by depositing a copy of the
          SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|------|------|------|------|------|------|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the      9/25/2007

_Aaig Williams_                                          _John Axelrod_

Charles ....
Notary Pub...                                              Server's License#:

C....
....

2010

STATE OF  NEW YORK
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

UNITED STATES DISTRICT COURT

NIKOLA LUKAJ, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                              )      **SS**

COUNTY OF WESTCHESTER                                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On____9/24/2007____ at ____2:44PM____, deponent did serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       LAWRENCE A. PORCARI, JR., CORPORATION COUNSEL                    (herein called recipient)
                                                                                                                                    therein  named.
At Location:         CITY OF YONKERS
                           40 SOUTH BROADWAY
                           YONKERS NY  10701

By delivering to and leaving with   NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's  ☑ actual place of business  |_| dwelling house(usual place of abode) within the state.

On_____  9/25/07 ____, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the   9/25/2007

_Dwig Willian_

John Axelrod

Server's License#:

2010

STATE OF  NEW YORK                         UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

| | |
|---|---|
| NIKOLA LUKAJ, ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PHILIP AMICONE, ET AL | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )
                                                                              )   **SS**
COUNTY OF WESTCHESTER                                    )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On____9/24/2007____ at _____2:44PM_____, deponent did serve the within process as follows:
Process Served:

Party Served:        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

                          CITY OF YONKERS, NEW YORK                              (herein called recipient)
                                                                                                  therein   named.
At Location:

                          CITY HALL
                          40 SOUTH BROADWAY
                          YONKERS NY  10701

By delivering to and leaving with  NICOLE GRECO _____ and that deponent knew the person

so served to be the      CLERK

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/34 | Height | 5'6" | | |
| Weight | 130 | | | Other Features | |

Sworn to before me on _____9/25/2007_____

John Axelrod

Server's License#:

2010

STATE OF   NEW YORK

DOCUMENTS SERVED WITH INDEX#: 07CIV.8184

UNITED STATES DISTRICT COURT

AND FILED ON          9/19/2007

NIKOLA LUKAJ, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK

COUNTY OF WESTCHESTER

) 
)   **SS**
)

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____9/24/2007_____at_____2:44PM_____, deponent did serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:       PAUL WOOD

At Location:        C/O CITY OF YONKERS CORPORATION COUNSEL
                    40 SOUTH BROADWAY
                    YONKERS NY  10701

(herein called recipient)
therein   named.

By delivering to and leaving with    *NICOLE GRECO, CLERK* _____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____9/25/07_____, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | *FM* | Color of Skin | *WH* | Color of Hair | *BLACK* |
| Age | *24/34* | Height | *5'6"* | Weight | *130* |
| Other Features | | | | | |

Sworn to before me on the ___9/25/2007___

_Gary Williams_

Notary Public

John Axelrod

Server's License#:

*2010*

STATE OF  NEW YORK
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184          AND FILED ON        9/19/2007

UNITED STATES DISTRICT COURT

NIKOLA LUKAJ, ET AL

                                        Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK

COUNTY OF WESTCHESTER

)
)   SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____9/24/2007_____ at _____2:44PM_____, deponent did serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      POLICE OFFICERS JOHN DOE'S #1 TO #20                        (herein called recipient)
At Location:       C/O CITY OF YONKERS CORPORATION COUNSEL                        therein  named.
                   40 SOUTH BROADWAY
                   YONKERS NY  10701

By delivering to and leaving with   NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business   [ ]  dwelling house(usual place of abode) within the state.

On_____9/25/07_____, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|-----|-----|--------------|-----|---------------|-------|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the ___9/25/2007___

_[signature]_

John Axelrod

Server's License#:

2018

STATE OF  NEW YORK                          UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184              AND FILED ON          9/19/2007

| | |
|---|---|
| NIKOLA LUKAJ, ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PHILIP AMICONE, ET AL | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                    )        **SS**

COUNTY OF WESTCHESTER                          )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____9/24/2007_____ at _____2:44PM_____, deponent did serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:        SANITATION WORKERS #1 TO # 20                                    (herein called recipient)
                                                                                                              therein  named.
At Location:          40 SOUTH BROADWAY

                            YONKERS NY  10701

By delivering to and leaving with    NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____9/25/07_____, deponent completed service by depositing a copy of the
            SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _24/34_ | Height | _5'6"_ | Weight | _130_ |
| Other Features | | | | | |

Sworn to before me on the    9/25/2007

_____                          _____
                                                                          John Axelrod
Notary Public

                                                                          Server's License#:

2010