STATE OF  NEW YORK                UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.8184      AND FILED ON        9/19/2007

NIKOLA LUKAJ, ET AL

                                   Vs.                                    Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                                   Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                    )      SS

COUNTY OF WESTCHESTER                                  )

The undersigned deponent, being duly sworn deposes and says; Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/24/2007_____at_____2:44PM_____, deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:
                   PHILIP AMICONE, MAYOR                              (herein called recipient)
                                                                       therein  named.
At Location:       CITY OF YONKERS
                   CITY HALL, 40 SOUTH BROADWAY
                   YONKERS NY  10701

By delivering to and leaving with ___NICOLE GRECO, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business  | | dwelling house(usual place of abode) within the state.

On_____9/25/07_____, deponent completed service by depositing a copy of the
       SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|-----|-----|--------------|-----|--------------|-------|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the     9/25/2007

_Gay Williams_

GAIL WILLIAMS
Notary Public, State of New York

Qualified in ...
Commission ...                          2010

_John Axelrod_

John Axelrod

Server's License#:

STATE OF  NEW YORK        UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.8184    AND FILED ON    9/19/2007

| | | |
|---|---|---|
| NIKOLA LUKAJ, ET AL | Vs. | Plaintiff(s)/Petitioner(s) |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                )

                                    **SS**

COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On ___9/24/2007___ at ___2:30PM___, deponent did serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:     EDMUND HARTNETT, POLICE COMMISIONER        (herein called recipient)

At Location:      100 SOUTH BROADWAY                              therein  named.

              YONKERS NY  10701

By delivering to and leaving with  AMY PORCELLI, CLERK _____ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business   [ ]   dwelling house(usual place of abode) within the state.

On_____9/25/07____, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _35/45_ | Height _5'4"_ | Weight | _125_ | |
| Other Features | | | | | |

Sworn to before me on the   9/25/2007

_(signature)_                                Joseph Vallone

GAIL WILLIAMS
Notary Public, State of New York
No.
Qualified in
Commission                  2010         Server's License#:  1100190

STATE OF  NEW YORK

UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

NIKOLA LUKAJ, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                            )
                                                                                  )  SS
COUNTY OF WESTCHESTER                                     )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/24/2007_____at_____2:44PM____, deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:
                           JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER                     (herein called recipient)
At Location:                                                                                                                  therein   named.
                           40 SOUTH BROADWAY

                           YONKERS NY  10701

By delivering to and leaving with   NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On_____9/25/07____, deponent completed service by depositing a copy of the
      SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the____9/25/2007___

_____

John Axelrod

Server's License#:

2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.8184        AND FILED ON        9/19/2007

| | |
|---|---|
| NIKOLA LUKAJ, ET AL<br><br>Vs.<br><br>PHILIP AMICONE, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                    )   **SS**

COUNTY OF WESTCHESTER                                           )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York.  On _____9/24/2007_____ at _____2:44PM_____, deponent did

serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:      JOHN FLEMING                                                (herein called recipient)
                                                                                    therein  named.

At Location:       CITY OF YONKERS
                   CITY HALL, 40 SOUTH BROADWAY
                   YONKERS NY  10701

By delivering to and leaving with  ___NICOLE GRECO, CLERK_____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____9/25/07_____, deponent completed service by depositing a copy of the
       SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _24/34_ | Height | _5'6"_ | Weight | _130_ |
| Other Features | | | | | |

Sworn to before me on the ___9/25/2007___

_Daip [signature]_                                        _[signature]_
                                                          John Axelrod

                                                          Server's License#:

_20/0_

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

---

NIKOLA LUKAJ, ET AL                                                    Plaintiff(s)/Petitioner(s)

                                    Vs.

PHILIP AMICONE, ET AL                                                  Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                            )
                                                               )  SS
COUNTY OF WESTCHESTER                                          )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On          9/24/2007          at          2:44PM        , deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      DAVID SIMPSON                                       (herein called recipient)
                                                                         therein  named.
At Location:       CITY OF YONKERS
                   CITY HALL, 40 SOUTH BROADWAY
                   YONKERS NY  10701

By delivering to and leaving with    NICOLE GRECO, CLERK
Said premises is recipient's  |✔|   actual place of business  | |   a person of suitable age and discretion.
                                                                dwelling house(usual place of abode) within the state.

On _____  9/25/07  , deponent completed service by depositing a copy of the
            SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the    9/25/2007

_signature_                                    _signature_  John Axelrod

                                               Server's License#:

2010

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8184        AND FILED ON        9/19/2007

| | | |
|---|---|---|
| NIKOLA LUKAJ, ET AL | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                    )

                                                       )    SS

COUNTY OF WESTCHESTER                                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On___9/24/2007___ at ___2:44PM___, deponent did serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:      LAWRENCE A. PORCARI, JR., CORPORATION COUNSEL        (herein called recipient)
                                                                        therein named.

At Location:       CITY OF YONKERS
                   40 SOUTH BROADWAY
                   YONKERS NY 10701

By delivering to and leaving with   NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's  [✔] actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____ 9/25/07___, deponent completed service by depositing a copy of the
       SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the   9/25/2007

_____                              _____
                                                       John Axelrod

                                                       Server's License#:

2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

---

NIKOLA LUKAJ, ET AL                                                         Plaintiff(s)/Petitioner(s)

                                              Vs.

PHILIP AMICONE, ET AL                                                       Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                    )
                                                       )  **SS**
COUNTY OF WESTCHESTER                                  )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York .  On_____9/24/2007_____ at _____2:44PM_____, deponent did serve the within process as follows:

Process Served:

Party Served:       | SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES |
                    | CITY OF YONKERS, NEW YORK |                          (herein called recipient)
At Location:                                                               therein   named.
                    | CITY HALL |
                    | 40 SOUTH BROADWAY |
                    | YONKERS NY  10701 |

By delivering to and leaving with  NICOLE GRECO _____ and that deponent knew the person

so served to be the    CLERK

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex | FM        Color of Skin | WH         Color of Hair | BLACK

Age | 24/34     Height | 5'6"

Weight | 130            | Other Features |

Sworn to before me on _____9/25/2007_____

_signature_

                                              John Axelrod

                                              Server's License#:

2010

STATE OF   NEW YORK
                                    UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184              AND FILED ON          9/19/2007

| | | |
|---|---|---|
| NIKOLA LUKAJ, ET AL | Vs. | Plaintiff(s)/Petitioner(s) |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                    )
                                                                       )   SS
COUNTY OF WESTCHESTER                                                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/24/2007_____at _____2:44PM_____, deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     PAUL WOOD
                                                                       (herein called recipient)
At Location:      C/O CITY OF YONKERS CORPORATION COUNSEL                   therein  named.
                  40 SOUTH BROADWAY
                  YONKERS NY 10701

By delivering to and leaving with   *NICOLE GRECO, CLERK*
Said premises is recipient's [✓]   actual place of business [ ]   dwelling house(usual place of abode) within the state.

On_____9/25/07____, deponent completed service by depositing a copy of the
         SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _24/34_ | Height | _5'6"_ | Weight | _130_ |
| Other Features | | | | | |

Sworn to before me on the____9/25/2007____

_Day Williams_                                    _John Axelrod_

(signature)                                       John Axelrod
Notary Public

                                                  Server's License#:

2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184          AND FILED ON          9/19/2007

NIKOLA LUKAJ, ET AL

                                     Vs.                                 Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                                    Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                          )
                                                            )    **SS**
COUNTY OF WESTCHESTER                                        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/24/2007_____ at _____2:44PM_____, deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      POLICE OFFICERS JOHN DOE'S #1 TO #20                          (herein called recipient)
At Location:       C/O CITY OF YONKERS CORPORATION COUNSEL                          therein  named.
                   40 SOUTH BROADWAY
                   YONKERS NY 10701

By delivering to and leaving with   NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's  |✓|  actual place of business  |  |  dwelling house(usual place of abode) within the state.

On_____ 9/25/07 _____, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|-----|-----|---------------|-----|---------------|-------|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the ___9/25/2007___

_signature_                                    _signature_
                                               John Axelrod

                                               Server's License#:

                        2018

STATE OF  NEW YORK
DOCUMENTS SERVED WITH INDEX#:  07CIV.8184

UNITED STATES DISTRICT COURT
AND FILED ON          9/19/2007

NIKOLA LUKAJ, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK

COUNTY OF WESTCHESTER

)
)

**SS**

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____9/24/2007_____ at _____2:44PM_____, deponent did serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      SANITATION WORKERS #1 TO # 20
At Location:       40 SOUTH BROADWAY

                   YONKERS NY  10701

(herein called recipient)
therein  named.

By delivering to and leaving with   NICOLE GRECO, CLERK                            _ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____9/25/07_____, deponent completed service by depositing a copy of the
       SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _FM_ | Color of Skin | _WH_ | Color of Hair | _BLACK_ |
| Age | _24/34_ | Height | _5'6"_ | Weight | _130_ |
| Other Features | | | | | |

Sworn to before me on the   9/25/2007

John Axelrod

Server's License#:

2010