STATE OF NEW YORK          UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184          AND FILED ON          9/19/2007

NIKOLA LUKAJ, ET AL                                                                 Plaintiff(s)/Petitioner(s)
                                    Vs.
PHILIP AMICONE, ET AL                                                               Defendant(s)/Respondent(s)

STATE OF: NEW YORK                              )
                                                ) SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __9/24/2007__ at __2:44PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PHILIP AMICONE, MAYOR                              (herein called recipient) therein named.
At Location: CITY OF YONKERS
             CITY HALL, 40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with __NICOLE GRECO, CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __9/25/07__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007
_____
GAIL WILLIAMS
Notary Public,

                                                _____
                                                John Axelrod
                                                Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184   AND FILED ON   9/19/2007

NIKOLA LUKAJ, ET AL                                                   Plaintiff(s)/Petitioner(s)
                              Vs.
PHILIP AMICONE, ET AL                                                 Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:30PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISIONER   (herein called recipient) therein named.
At Location: 100 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with AMY PORCELLI, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 35/45 | Height | 5'4" | Weight | 125 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in [illegible] County
Commission [illegible] 2010

Joseph Vallone

Server's License#: 1100190

STATE OF NEW YORK — UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184    AND FILED ON    9/19/2007

NIKOLA LUKAJ, ET AL                                                    Plaintiff(s)/Petitioner(s)

                                    Vs.

PHILIP AMICONE, ET AL                                                  Defendant(s)/Respondent(s)

STATE OF: NEW YORK          )
                            ) SS
COUNTY OF WESTCHESTER       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER           (herein called recipient)
At Location: 40 SOUTH BROADWAY                                        therein named.

YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_____                                  _____
                                                          John Axelrod

                                                          Server's License#:

2010

STATE OF NEW YORK          UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184     AND FILED ON        9/19/2007

NIKOLA LUKAJ, ET AL                                                         Plaintiff(s)/Petitioner(s)

                              Vs.

PHILIP AMICONE, ET AL                                                       Defendant(s)/Respondent(s)

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __9/24/2007__ at __2:44PM__, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    JOHN FLEMING                                      (herein called recipient)
At Location:     CITY OF YONKERS                                    therein named.
                 CITY HALL, 40 SOUTH BROADWAY
                 YONKERS NY 10701

By delivering to and leaving with __NICOLE GRECO, CLERK__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On __9/25/07__, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the __9/25/2007__

_____                        _____
                                                 John Axelrod

                                                 Server's License#:

20/0

STATE OF NEW YORK  
UNITED STATES DISTRICT COURT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184   AND FILED ON   9/19/2007

NIKOLA LUKAJ, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)  
Defendant(s)/Respondent(s)

STATE OF: NEW YORK )  
COUNTY OF WESTCHESTER ) SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES  
Party Served: DAVID SIMPSON (herein called recipient) therein named.  
At Location: CITY OF YONKERS  
CITY HALL, 40 SOUTH BROADWAY  
YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion.  
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_signature_

John Axelrod

Server's License#:

2010

STATE OF NEW YORK   UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184   AND FILED ON   9/19/2007

NIKOLA LUKAJ, ET AL                             Plaintiff(s)/Petitioner(s)

                          Vs.

PHILIP AMICONE, ET AL                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:   LAWRENCE A. PORCARI, JR., CORPORATION COUNSEL   (herein called recipient) therein named.
At Location:    CITY OF YONKERS
                40 SOUTH BROADWAY
                YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_____                       _____
                                                 John Axelrod

                                                 Server's License#:

2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT

DOCUMENTS SERVED WITH INDEX#: 07CIV.8184     AND FILED ON     9/19/2007

NIKOLA LUKAJ, ET AL             Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL             Defendant(s)/Respondent(s)

STATE OF: NEW YORK             )

COUNTY OF WESTCHESTER        ) SS

                                    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

                CITY OF YONKERS, NEW YORK       (herein called recipient) therein named.

At Location: CITY HALL
40 SOUTH BROADWAY
YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM     Color of Skin: WH     Color of Hair: BLACK

Age: 24/34     Height: 5'6"

Weight: 130     Other Features:

Sworn to before me on 9/25/2007

_____        _____
                                                  John Axelrod
                                                Server's License#:

STATE OF NEW YORK — UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184   AND FILED ON   9/19/2007

NIKOLA LUKAJ, ET AL          Plaintiff(s)/Petitioner(s)
                    Vs.
PHILIP AMICONE, ET AL        Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: PAUL WOOD
At Location: C/O CITY OF YONKERS CORPORATION COUNSEL
             40 SOUTH BROADWAY
             YONKERS NY 10701

(herein called recipient) therein named.

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_Davy Williams_
Notary Public

John Axelrod
Server's License#:

2 of 10

STATE OF NEW YORK           UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184      AND FILED ON        9/19/2007

NIKOLA LUKAJ, ET AL

Vs.                                                             Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                           Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: POLICE OFFICERS JOHN DOE'S #1 TO #20           (herein called recipient)
At Location: C/O CITY OF YONKERS CORPORATION COUNSEL          therein named.
             40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK _____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

_____                    _____
                                             John Axelrod

                                             Server's License#:

20/8

STATE OF NEW YORK  UNITED STATES DISTRICT COURT
DOCUMENTS SERVED WITH INDEX#: 07CIV.8184    AND FILED ON    9/19/2007

NIKOLA LUKAJ, ET AL                                                  Plaintiff(s)/Petitioner(s)
                              Vs.
PHILIP AMICONE, ET AL                                                Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
COUNTY OF WESTCHESTER                 ) SS.
                                      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/24/2007 at 2:44PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: SANITATION WORKERS #1 TO #20    (herein called recipient) therein named.
At Location: 40 SOUTH BROADWAY
             YONKERS NY 10701

By delivering to and leaving with NICOLE GRECO, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/25/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 24/34 | Height | 5'6" | Weight | 130 |
| Other Features | | | | | |

Sworn to before me on the 9/25/2007

John Axelrod

Server's License#: