UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIKOLA LUKAJ, JOSEPH POTENTE, and DIANA O'NEILL,<br><br>       Plaintiffs,<br><br>    -against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, JOHN FLEMING, individually, DAVID SIMPSON, individually, LAWRENCE A. PORCARI, Jr., CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 to #20, individually, and SANITATION WORKERS #1 to #20, individually,<br><br>       Defendants. | ECF Case<br><br>07 Civ. 8184 (CLB) |

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Kevin J. Plunkett

X *Attorney*

  X I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: KP 3049.

  ☐ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

X *Law Firm/Government Agency Association*

  From: Thacher Proffitt & Wood LLP.

  To: DelBello Donnellan Weingarten Wise & Wiederkehr, LLP.

  X I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

X    *Address:* One North Lexington Avenue, White Plains, New York 10601

X    *Telephone Number:* (914) 681-0200

X    *Fax Number:* (914) 684-0288

X    *E-Mail Address:* kjp@ddw-law.com

Dated: March 5, 2008                    /s/ Kevin Plunkett