UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIKOLA LUKAJ, JOSEPH POTENTE, and DIANA O'NEILL,

                    Plaintiffs,

-against-

PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, JOHN FLEMING, individually, DAVID SIMPSON, individually, LAWRENCE A. PORCARI, Jr., CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 to #20, individually, and SANITATION WORKERS #1 to #20, individually,

                    Defendants.

---

ECF Case

07 Civ. 8184 (CLB)

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** that DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601 hereby appears as counsel for Defendants, Philip Amicone, individually, Edmund Hartnett, individually, John A. Liszewski, individually, John Fleming, individually, David Simpson, individually, Lawrence A. Porcari, Jr., City of Yonkers, New York, Paul Wood, individually, Police Officers John Does #1 to #20, individually, and Sanitation Workers #1 to #20, individually, in the above-captioned action, in substitution, place and stead of Thacher Proffitt & Wood LLP, 50 Main Street, White Plains, New York 10606.

Dated: White Plains, New York
       February __, 2008

THACHER PROFFITT & WOOD LLP             DELBELLO  DONNELLAN  WEINGARTEN
                                        WISE & WIEDERKEHR, LLP


By: _____             By: _____
    Jonathan D. Forstot                     Kevin L. Plunkett
    50 Main Street                          One North Lexington Avenue
    White Plains, New York 10606            White Plains, New York 10601
    (914) 421-4100                          (914) 681-0200


So Ordered this 6
day of March, 2008

_____
Hon. Charles L. Brieant
United States District Judge

TO:

*Attorneys for Plaintiffs*

LOVETT & GOULD, LLP
Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

2